UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Ditech Financial LLC

In Re:

Stephen Gialanella dba Creative Chefs, LLC,
Debtor

Case No.:    17-33781 KCF

Chapter:    13

Hearing Date:    4/25/2018

Judge:    Kathryn C. Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Objection to Confirmation of Plan filed on February 27, 2018; Docket No.16.

_____

Date: 3/16/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*