UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ,
PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for Township of Brick (59744-10)

Order Filed on January 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**STEPHEN GIALANELLA,**

Debtor.

Case No.:   17-33781-KCF

Hearing Date:  January 23, 2019

Judge: Chief Judge Kathryn C. Ferguson

Chapter: 13

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED:**

**DATED: January 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of the Township of Brick, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Township of Brick to sell a tax lien encumbering real property fully described as:

**Block 1106, Lot 5.05 on the Tax Map of the Township of Brick, New Jersey, a/k/a 248 Van Zile Road, Brick, New Jersey 08723**

It is further ORDERED that the Township of Brick shall proceed with al rights and actions pursuant to the Tax Sale Law and any purchaser of such lien shall have the right to enforce such lien in accordance with the New Jersey State Law.

It is further ORDERED that the Township of Brick, purchasers of the aforementioned tax certificate, its successors or assignees, may proceed with its rights and remedies under the terms of the tax certificate and pursue its state court remedies including, but not limited to, foreclosing on tax certificate.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.