UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDENBERG, MACKLER, SAYEGH, MINTZ, PFEFFER, BONCHI & GILL
660 New Road, Suite 1-A
Northfield, NJ  08225
(609) 646-0222  FAX (609) 646-0887
Attorneys for Township of Brick (59744-10)

Order Filed on January 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**STEPHEN GIALANELLA,**

Debtor.

Case No.:    17-33781-KCF

Hearing Date:  January 23, 2019

Judge: Chief Judge Kathryn C. Ferguson

Chapter: 13

# ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED:**

**DATED: January 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Motion of the Township of Brick, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Township of Brick to sell a tax lien encumbering real property fully described as:

**Block 1106, Lot 5.05 on the Tax Map of the Township of Brick, New Jersey, a/k/a 248 Van Zile Road, Brick, New Jersey 08723**

It is further ORDERED that the Township of Brick shall proceed with al rights and actions pursuant to the Tax Sale Law and any purchaser of such lien shall have the right to enforce such lien in accordance with the New Jersey State Law.

It is further ORDERED that the Township of Brick, purchasers of the aforementioned tax certificate, its successors or assignees, may proceed with its rights and remedies under the terms of the tax certificate and pursue its state court remedies including, but not limited to, foreclosing on tax certificate.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33781-KCF
Stephen Gialanella                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 29, 2019
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
db         Stephen Gialanella,    246 Van Zile Rd,    Brick, NJ   08724-2552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
         Albert Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Francis J. Ballak    on behalf of Creditor    Township of Brick francis@gmslaw.com
         Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
         Peter Broege    on behalf of Debtor Stephen Gialanella pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6