| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-33781 / KCF**

Stephen Gialanella

Petition Filed Date: 11/27/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/25/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2018 | $804.00 | 3137722 | 02/12/2018 | $804.00 | 46654500 | 03/13/2018 | $804.00 | 47493340 |
| 04/04/2018 | $807.00 | 48087520 | 05/22/2018 | $810.00 | 49321800 | 06/26/2018 | $810.00 | 50176560 |
| 07/12/2018 | $810.00 | 50634100 | 08/22/2018 | $810.00 | 51720590 | 09/24/2018 | $810.00 | 52513470 |
| 10/23/2018 | $810.00 | 53334140 | 11/21/2018 | $810.00 | 54083240 | 12/27/2018 | $810.00 | 54898820 |

**Total Receipts for the Period: $9,699.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $10,502.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Stephen Gialanella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER J BROEGE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2006, 2009-2010, 2013-2016 | Priority Crediors | $21,490.29 | $8,870.44 | $12,619.85 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2008,2011-2012 | Unsecured Creditors | $21,883.69 | $0.00 | $21,883.69 |
| 3 | DITECH FINANCIAL LLC.<br>»» P/246 VAN ZILE RD/1ST MTG | Mortgage Arrears | $183.47 | $183.47 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $139.15 | $0.00 | $139.15 |
| 5 | -- | | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 17-33781 / KCF

| | SUMMARY |
|---|---|

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,502.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $9,053.91 | Current Monthly Payment: | $810.00 |
| Paid to Trustee: | $694.79 | Arrearages: | $810.00 |
| Funds on Hand: | $753.30 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for _FREE_!  Register today at <u>www.ndc.org</u>.**