| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-33781 / MBK**

Stephen Gialanella

Petition Filed Date: 11/27/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/25/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $810.00 | 55632390 | 02/15/2019 | $810.00 | 56251130 | 03/19/2019 | $810.00 | 57130850 |
| 04/22/2019 | $810.00 | 57935970 | 05/15/2019 | $810.00 | 58611300 | 06/20/2019 | $810.00 | 59522360 |
| 07/17/2019 | $810.00 | 60217790 | 08/22/2019 | $810.00 | 61129980 | 09/18/2019 | $810.00 | 61847900 |
| 10/22/2019 | $810.00 | 62696090 | 11/15/2019 | $810.00 | 63310190 | 12/23/2019 | $810.00 | 64254380 |

**Total Receipts for the Period: $9,720.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,842.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen Gialanella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER J BROEGE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2006, 2009-2010, 2013-2016 | Priority Crediors | $21,490.29 | $18,775.93 | $2,714.36 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2008,2011-2012 | Unsecured Creditors | $21,883.69 | $0.00 | $21,883.69 |
| 3 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/246 VAN ZILE RD/1ST MTG/DITECH/SELECT PORTFOLIO | Mortgage Arrears | $183.47 | $183.47 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $139.15 | $0.00 | $139.15 |
| 5 | -- |  | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-33781 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,842.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,959.40 | Current Monthly Payment: | $810.00 |
| Paid to Trustee: | $1,379.24 | Arrearages: | $0.00 |
| Funds on Hand: | $1,503.36 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**