| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 17-33781 / MBK**

Stephen Gialanella

Petition Filed Date: 11/27/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/25/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $810.00 | 65003410 | 02/07/2020 | $810.00 | 65452540 | 03/31/2020 | $810.00 | 66736090 |
| 04/27/2020 | $810.00 | 67415950 | 05/29/2020 | $810.00 | 68225130 | 06/30/2020 | $810.00 | 68992630 |
| 07/29/2020 | $810.00 | 69706970 | 08/24/2020 | $810.00 | 70320930 | 09/28/2020 | $810.00 | 71113680 |
| 11/02/2020 | $810.00 | 71959280 | 11/30/2020 | $810.00 | 72641670 | 12/17/2020 | $810.00 | 73125340 |
| 01/12/2021 | $810.00 | 73755260 | 02/04/2021 | $810.00 | 74317290 | | | |

**Total Receipts for the Period: $11,340.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,562.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen Gialanella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER J BROEGE ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2006, 2009-2010, 2013-2016 | Priority Crediors | $21,490.29 | $21,490.29 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2008,2011-2012 | Unsecured Creditors | $21,883.69 | $6,134.76 | $15,748.93 |
| 3 | US BANK TRUST NATIONAL ASSOC.<br>»» P/246 VAN ZILE RD/1ST MTG/DITECH/SELECT PORTFOLIO | Mortgage Arrears | $183.47 | $183.47 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $139.15 | $34.21 | $104.94 |
| 5 | -- | | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-33781 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,562.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $27,842.73 | Current Monthly Payment: | $810.00 |
| Paid to Trustee: | $2,193.29 | Arrearages: | $0.00 |
| Funds on Hand: | $1,525.98 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**