| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 17-33781 / MBK

Stephen Gialanella

Petition Filed Date: 11/27/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 04/25/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2021 | $810.00 | 73755260 | 02/04/2021 | $810.00 | 74317290 | 03/24/2021 | $810.00 | 75472180 |
| 04/16/2021 | $810.00 | 76034290 | 05/20/2021 | $810.00 | 76840080 | 06/23/2021 | $810.00 | 77595110 |
| 07/29/2021 | $810.00 | 78405010 | 08/31/2021 | $810.00 | 79126910 | 09/27/2021 | $810.00 | 79725740 |
| 10/29/2021 | $810.00 | 80455300 | 11/22/2021 | $810.00 | 80929330 | 12/29/2021 | $811.00 | 3916625 |

**Total Receipts for the Period: $9,721.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $39,663.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen Gialanella | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PETER J BROEGE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2006;2009-2010;2013-2016 | Priority Creditors | $21,490.29 | $21,490.29 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2008;2011-2012 | Unsecured Creditors | $21,883.69 | $14,552.17 | $7,331.52 |
| 3 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/246 VAN ZILE RD/1ST MTG/DITECH/SELECT PORTFOLIO | Mortgage Arrears | $183.47 | $183.47 | $0.00 |
| 4 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $139.15 | $87.84 | $51.31 |
| 5 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/246 VAN ZILE RD/1ST MTG/ATTY FEES 9/2/2 ORD | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 17-33781 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,663.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $36,851.77 | Current Monthly Payment: | $810.00 |
| Paid to Trustee: | $2,806.54 | Arrearages: | $1,619.00 |
| Funds on Hand: | $4.69 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

